UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
 )
 Plaintiff, )
 )
vs. ) Case No. 4:08CR00403HEA (AGF)
 )
MARTY SHAW, )
 )
 Defendant. )

**ORDER**

This matter is before the Court on Defendant's Motion for continuance of pretrial

motion hearing and extension of time within which to file motions [Doc. #18], filed on

July 28, 2008.  For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion for continuance of pretrial

motion hearing and extension of time within which to file motions [Doc. #18] is

**GRANTED**.  Defendant shall have to and including **August 15, 2008** to file any pretrial

motions or waiver of motions.  The government shall have until **August 22, 2008** to

respond.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing present set for

August 4, 2008, is continued and rescheduled for **August 27, 2008, at 9:00 a.m.**  Counsel

for both parties and Defendant Marty Shaw, himself, are required to attend.

For the reasons set out in Defendant's motion, the Court finds that to deny

Defendant's request for such additional time would deny counsel for Defendant the

reasonable time necessary for effective investigation and preparation of pretrial motions,

taking into account the exercise of due diligence, and that the ends of justice served by

granting Defendant's request for additional time outweigh the best interest of the public

and Defendant in a speedy trial, and therefore, the time granted to Defendant to

investigate and prepare pretrial motions, or a waiver thereof, is excluded from

computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1).


AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of July, 2008.